IN THE UNITED STATES DISTRICT COURT
FOR THE __EASTERN__ DISTRICT OF TEXAS
__BEAUMONT__ DIVISION

__David Dewayne Garrett #2200205__
Plaintiff's name and ID Number

__CONNALLY UNIT [TDCJCID]__
Place of Confinement

CASE NO. __1:20cv281__
(Clerk will assign the number)

V.   LORIE DAVIS-DIRECTOR
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
CORRECTIONAL INSTITUTIONAL DIVISION
RESPONDENT
__P.O. BOX 99 HUNTSVILLE, TEXAS 77342__
Defendant's name and address

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, __David Dewayne Garrett__, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

    a. Business, profession or from self-employment?    Yes ☐   No ☐
    b. Rent payments, interest or dividends?    Yes ☐   No ☐
    c. Pensions, annuities or life insurance payments?    Yes ☐   No ☐
    d. Gifts or inheritances?    Yes ☐   No ☐
    e. Family or friends?    Yes ☒   No ☐
    f. Any other sources?    Yes ☐   No ☐

    If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    __$240.00 mo/cents__

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
    Yes ☐    No ☒

    If you answered **YES** to any of the questions above, state the total value of the items owned.

1

☆ATCIFP (REV. 9/02)

3. Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐        No ☒

If you answered **YES**, describe the property and state its approximate value.

_____
_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the __24__ day of __June__, 20 __20__.


_Harritt Dewayne David_       #2200205
Signature of Plaintiff             ID Number


**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

☆ATCIFP (REV. 9/02)

```
SINIB02/CINIB02        TEXAS DEPARTMENT OF CRIMINAL JUSTICE              06/24/20
MQS/BS00157                  IN-FORMA-PAUPERIS DATA                      08:28:31
DCJ#: 02200205 SID#: 05775776 LOCATION: CONNALLY          INDIGENT DTE: 06/12/20
NAME: GARRETT,DAVID DEWAYNE              BEGINNING PERIOD: 12/01/19
PREVIOUS TDCJ NUMBERS: 01203670 01390949
CURRENT BAL:         0.26 TOT HOLD AMT:          0.00 3MTH TOT DEP:        235.00
3MTH DEP:          260.00 6MTH AVG BAL:         21.30 6MTH AVG DEP:         43.33
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
05/20      151.56          135.00      02/20      25.04            0.00
04/20       81.51          100.00      01/20      25.04            0.00
03/20        0.01            0.00      12/19      25.04           25.00
```

STATE OF TEXAS COUNTY OF
ON THIS THE 24 DAY OF June ,2020, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: Stephanie Bradley
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

[Notary Seal: Stephanie Bradley, NOTARY PUBLIC, STATE OF TEXAS, 13248579-1, EXP. 05-07-2024]
NOTARY WITHOUT BOND

DAVID D. GARRETT #2200205
J.B. CONNALLY UNIT
899 FM 632
KENEDY, TX 78119



To: District Clerk
Brady Fairley
300 Willow St, Ste. 104
Beaumont, Texas
77701-2222

CLERK, U.S. DISTRICT COURT
**RECEIVED**
JUN 29 2020
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS



LEGAL MAIL