# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 26, 2021

Mr. David O'Toole
Eastern District of Texas, Beaumont
United States District Court
300 Willow Street
Room 104
Beaumont, TX 77701-0000

    No. 21-40101   In re: David Garrett
                          USDC No. 1:20-CV-281

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Donna L. Mendez, Deputy Clerk
                              504-310-7677

cc w/encl:  Mr. David Dewayne Garrett